Naomi SANDRES, Plaintiff–Appellant,

v.

**STATE OFFICE OF GENERAL COUNSEL, et al.,**
**Defendants,**

Office of Attorney General; Rose Wooden, Defendants–Appellees.

No. 04–30864.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 21, 2005.

Naomi Sandres, Prairieville, LA, pro se.

Vicki M. Crochet, Allison Ross Hayden, Taylor, Porter, Brooks & Phillips, Baton Rouge, LA, for Defendants–Appellees.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Naomi Sandres appeals the district court's grant of summary judgment in favor of Rose Wooden and the dismissal of her civil claims against Wooden pursuant to FED.R.CIV.P. 12(b)(6). Her claims against the other defendants in the lawsuit remain to be adjudicated.

When an action involves multiple parties or multiple claims, any decision that adjudicates the liability of fewer than all of the parties does not terminate the action and is therefore not appealable unless certified by the district court under FED.R.CIV.P. 54(b). *Borne v. A & P Boat Rentals No. 4, Inc.,* 755 F.2d 1131, 1133 (5th Cir.1985); *Thompson v. Betts,* 754 F.2d 1243, 1245 (5th Cir.1985). The district court has not certified the order for appeal. Accordingly, this court is without jurisdiction, and the appeal is dismissed.

We have previously dismissed an appeal filed by Sandres as frivolous. *See Sandres*

---

*v. Div. of Admin.*, 71 Fed.Appx. 386 (5th Cir.2003). Sandres is warned that sanctions may be imposed if she continues to file appeals for which there is no jurisdiction or that are frivolous. These sanctions may include monetary sanctions and restrictions on her ability to file pleadings.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.